■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES RODRIGUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kay, J.), rendered May 11, 1983, convicting him of robbery in the first degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted. *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

We have also considered the defendant's contention raised in his *pro se* brief and find it to be without merit *(see, People v Crespo,* 70 AD2d 661; *see also, People v Cantre,* 95 AD2d 522, 526, *affd* 65 NY2d 790 *on opn of Mollen, P. J., at App Div.)* Thompson, J. P., Bracken, Lawrence and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SADOWSKI, Appellant.—Appeal by the defendant, as limited by his brief, from two sentences of the Supreme Court, Kings County (Feldman, J.), both imposed April 29, 1983.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.